Disposition of Petitions for Discretionary Review Under G.S. 7A-31

5 March 2015

| 353P14 | Surgical Care Affiliates, LLC and Blue Ridge Day Surgery Center, L.P. v. N.C. Department of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section, and WakeMed, Intervenor | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-1322) | Denied<br><br>**Ervin, J., recused** |
|---|---|---|---|
| 372A14 | Hart et al. v. State | 1. Americans United for Separation of Church and State, et al., Motion for Leave to File Amicus Brief<br><br>2. Helen F. Ladd, et al., Motion for Leave to File Amicus Brief | 1. Allowed<br>**02/03/2015**<br><br>2. Allowed<br>**02/03/2015** |
| 372A14 | Hart et al. v. State | 1. National Education Association's Motion for Leave to File Amicus Brief<br><br>2. Motion to Admit Philip A. Hostak *Pro Hac Vice* | 1. Allowed<br>**02/03/2015**<br><br>2. Allowed<br>**02/03/2015** |
| 372A14 | Hart et al. v. State | Def-Intervenor's Motion to Substitute Party | Allowed<br>**02/10/2015** |
| 373A14 | Cape Fear River Watch, et al. v. N.C. Environmental Management Commission, et al. | Petitioners' Motion to Substitute New Party Name | Allowed<br>**02/02/2015**<br><br>**Edmunds, J., recused** |
| 373A14 | Cape Fear River Watch, et al. v. N.C. Environmental Management Commission, et al. | Intervenor's Motion to Extend Time for Oral Argument | Denied<br>**03/02/2015**<br><br>**Edmunds, J., recused** |
| 373A14 | Cape Fear River Watch, et al. v. N.C. Environmental Management Commission, et al. | Petitioner's Motion to Extend Time for Oral Argument | Denied<br>**03/02/2015**<br><br>**Edmunds, J., recused** |
| 374P13-2 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>2. Def's *Pro Se* Motion to Appoint Counsel<br><br>3. Def's *Pro Se* Motion for PDR | 1. Allowed<br><br>2. Dismissed as moot<br><br>3. Dismissed<br><br>**Ervin, J., recused** |